# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT SILLEN, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00404-SMS PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

　　Plaintiff Carlos Pena ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Huckabay, Ericson, Tucker, Valencia, and Dever ("Defendants") removed this action from Fresno County Superior Court on February 27, 2009. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order

　　Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:　March 5, 2009**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1