# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>        Plaintiff,<br><br>    v.<br><br>D. HUCKABAY, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00404-LJO-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Docs. 21 and 22) |

     Plaintiff Carlos Pena, a former state prisoner proceeding pro se, filed this civil action on September 5, 2008, in Fresno County Superior Court. Defendants Huckabay, Ericson, Tucker, Valencia, and Dever filed a notice of removal on February 27, 2009, 28 U.S.C. § 1441(b), and pursuant to the Court's screening order filed on March 11, 2011, the action is proceeding against Defendants Valencia and Dever on Plaintiff's Eighth Amendment excessive force claim, 28 U.S.C. § 1915A. On March 12, 2012, Defendants filed a motion for summary judgment.

     Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **thirty (30) days** from the date of service of this order. **If Plaintiff fails to comply, this action will be dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

**Dated:**   **March 14, 2012**                /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE